No. 4640.—Sánchez Morales & Co., aplda., v. Rodríguez et al., apltes.—C. D. San Juan. Junio 19, 1928.

Por cuanto se nos pide que desestimemos la apelación establecida en este caso por ser frívola, sin que a tal solicitud se hayan opuesto los apelantes;

Por cuanto establecida la demanda en cobro de dos pagarés los demandados contestaron aceptando la personalidad de la demandante y que suscribièron los pagarés transcritos en ella pero alegaron que fué uno de los demandados quien entregó los pagarés y no los dos demandados, así como que estuvieran vencidos, deduciendo como defensa que a uno de los demandados se le concedió prórroga para el pago sin término fijo, en sumas parciales y en la cuantía que pudiera;

Por cuanto resulta de los pagarés que las obligaciones reclamadas están vencidas y que los demandados no comparecieron en el juicio, por lo que no presentaron prueba de su defensa de prórroga;

Por tanto, estimamos frívola su apelación contra la sentencia de 17 de abril de 1928 que los condena al pago y debemos desestimar y desestimamos la apelación.

No. 4585.—Central Pasto Viejo, Inc., aplte., v. Robles, apldo.—C. D. Humacao. Junio 20, 1928. Vistas la moción que antecede sobre desestimación de apelación y la sección 11 de la ley de desahucio (Compilación de 1911, sección 1635), y apareciendo que al momento de radicar el escrito de apelación había transcurrido con exceso desde la fecha de la sentencia el período fijado por la ley, se declara con lugar la referida moción y se desestima el recurso.